**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 13-18936 |
| | § | |
| SILVANA SEGURA-JIMENEZ | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 a.m. on 11/26/2014, in Courtroom 744, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  10/28/2014               By:  /s/ David P. Leibowitz
                                             Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

**UST Form 101-7-NFR (10/1/2010)**

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: § Case No. 13-18936
 §
SILVANA SEGURA-JIMENEZ §
 §
 §
 §
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of* $6,500.00
*and approved disbursements of* $47.31
*leaving a balance on hand of[1]:* $6,452.69

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: $0.00
Remaining balance: $6,452.69

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| David P. Leibowitz, Trustee Fees | $1,400.00 | $0.00 | $1,400.00 |
| David P. Leibowitz, Trustee Expenses | $5.98 | $0.00 | $5.98 |
| Lakelaw, Attorney for Trustee Fees | $2,500.00 | $0.00 | $2,500.00 |
| Lakelaw, Attorney for Trustee Expenses | $13.34 | $0.00 | $13.34 |

Total to be paid for chapter 7 administrative expenses: $3,919.32
Remaining balance: $2,533.37

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Total to be paid to prior chapter administrative expenses: $0.00

Remaining balance: $2,533.37

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

Total to be paid to priority claims: $0.00

Remaining balance: $2,533.37

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $11,315.02 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 22.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | American InfoSource LP as agent for | $606.97 | $0.00 | $135.89 |
| 2 | Capital One Bank (USA), N.A. | $2,421.57 | $0.00 | $542.18 |
| 3 | Capital One Bank (USA), N.A. | $545.08 | $0.00 | $122.04 |
| 4 | eCAST Settlement Corporation, assignee | $689.19 | $0.00 | $154.31 |
| 5 | eCAST Settlement Corporation, assignee | $4,277.02 | $0.00 | $957.60 |
| 6 | Portfolio Recovery Associates, LLC | $898.55 | $0.00 | $201.18 |
| 7 | Portfolio Recovery Associates, LLC | $1,629.44 | $0.00 | $364.82 |
| 8 | JH Portfolio Debt Equities LLC | $247.20 | $0.00 | $55.35 |

Total to be paid to timely general unsecured claims: $2,533.37

Remaining balance: $0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

|  |  |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By:   /s/ David P. Leibowitz
Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 13-18936-ERW
Silvana Segura-Jimenez                                                    Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: lhuley          Page 1 of 2          Date Rcvd: Oct 29, 2014
                             Form ID: pdf006       Total Noticed: 20


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 31, 2014.
db            +Silvana Segura-Jimenez,   3701 W Agatite Avenue,   Chicago, IL 60625-7114
20438656      +Capital 1 Bank,   Attn: Bankruptcy Dept.,   Po Box 30285,   Salt Lake City, UT 84130-0285
20879926       Capital One Bank (USA), N.A.,   PO Box 71083,   Charlotte, NC  28272-1083
20438657      +Chase,   P.o. Box 15298,   Wilmington, DE 19850-5298
20438659      +Enhanced Recovery Company,   PO Box 1259,   Oaks, PA 19456-1259
20438661      +FirstSource,   PO Box 628,   Buffalo, NY 14240-0628
21129734      +JH Portfolio Debt Equities LLC,   c/o JD Receivables LLC,   P.O. Box 382656,
                Germantown, TN 38183-2656
20438664      +Lois S. Freedman, Attorney,   1771 W Diehl Road, Ste 150,   Naperville, IL 60563-4947
20438665       MRS,   1930 Olney, LLC,   Cherry Hill, NJ 08003
20438667      ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery,   Attn: Bankruptcy,   Po Box 41067,
                Norfolk, VA 23541)
20438666      +Porfolio Recovery,   PO Box 12903,   Norfolk, VA 23541-0903
20438669      +Sears Credit Card,   PO Box 183081,   Columbus, OH 43218-3081
20438670      +Stpc/cbsd,   CitiCards Private Label Bankruptcy,   Po Box 20483,   Kansas City, MO 64195-0483
20438671      +Target N.b.,   Po Box 673,   Minneapolis, MN 55440-0673
20971163       eCAST Settlement Corporation, assignee,   of Chase Bank USA, N.A.,   POB 29262,
                New York, NY 10087-9262


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
20758256       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 30 2014 01:53:37
                American InfoSource LP as agent for,   TD Bank, USA,   PO Box 248866,
                Oklahoma City, OK  73124-8866
20438658      +E-mail/Text: gfranco@continentalfurn.com Oct 30 2014 01:45:33      Continental Furn,
                2743 West 36th Pla,   Chicago, IL 60632-1616
20438660      +E-mail/Text: bknotice@erccollections.com Oct 30 2014 01:44:52      Enhanced Recovery Corp,
                Attention: Client Services,   8014 Bayberry Rd,   Jacksonville, FL 32256-7412
20438668      +E-mail/PDF: gecsedi@recoverycorp.com Oct 30 2014 01:51:51      Sam Club,   PO Box 530942,
                Atlanta, GA 30353-0942
20438672      +E-mail/Text: bnc@ursi.com Oct 30 2014 01:43:59      United Recovery,   PO Box 722929,
                Houston, TX 77272-2929
                                                                                        TOTAL: 5


             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
21126091*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery Associates, LLC,   successor to CITIBANK, N.A.,
                PO Box 41067,   Norfolk, VA 23541)
21126061*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery Associates, LLC,
                successor to GE CAPITAL RETAIL BANK,   PO Box 41067,   Norfolk, VA 23541)
20971164*      eCAST Settlement Corporation, assignee,   of Chase Bank USA, N.A.,   POB 29262,
                New York, NY 10087-9262
20438663      ##+Freedman Anselmo Lindberg,   1807 W Diehl Road,   Naperville, IL 60563-1890
20438662      ##+Freedman Anselmo Lindberg,   1807 W Diehl Road, Suite 333,   Naperville, IL 60563-1890
                                                                         TOTALS: 0, * 3, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 31, 2014                          Signature:  /s/Joseph Speetjens

District/off: 0752-1          User: lhuley          Page 2 of 2          Date Rcvd: Oct 29, 2014
                             Form ID: pdf006        Total Noticed: 20

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 28, 2014 at the address(es) listed below:
      David P Leibowitz, ESQ    dleibowitz@lakelaw.com,
      il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
      David P Leibowitz, ESQ    on behalf of Plaintiff David P. Leibowitz dleibowitz@lakelaw.com,
      il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
      David P Leibowitz, ESQ    on behalf of Trustee David P Leibowitz, ESQ dleibowitz@lakelaw.com,
      il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
      David P Leibowitz, ESQ    on behalf of Debtor Silvana  Segura-Jimenez dleibowitz@lakelaw.com,
      czuniga@lakelaw.com;jstorer@lakelaw.com;ECF@lakelaw.com
      Ivan A Rueda    on behalf of Debtor Silvana  Segura-Jimenez iar321@hotmail.com
      Jeffrey S Dunn    jefdun@gmail.com
      Konstantine T. Sparagis    on behalf of Defendant Silvana  Segura-Jimenez gsparagi@yahoo.com,
      Gus@konstantinelaw.com;Morgan@konstantinelaw.com;Drew@konstantinelaw.com
      Konstantine T. Sparagis    on behalf of Debtor Silvana  Segura-Jimenez gsparagi@yahoo.com,
      Gus@konstantinelaw.com;Morgan@konstantinelaw.com;Drew@konstantinelaw.com
      Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov

                                                               TOTAL: 9