# UNITED STATES BANKRUPTCY COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| **In re:** | ) | Case No. 13 B 18936 |
| | ) | |
| **Silvana Segura-Jimenez,** | ) | Hon. Eugene R. Wedoff |
| | ) | |
| **Debtor.** | ) | Chapter 7 |
| | ) | |

## NOTICE OF WITHDRAWAL

**To:** United States Trustee Patrick S. Layng, Office of the United States Trustee, 219 South Dearborn Street, Suite 873, Chicago, IL 60604*
Ivan A. Rueda, The Law Office of Ivan A. Rueda, 1217 N. Milwaukee Avenue, 2nd Floor, Chicago, IL 60642
Silvana Segura-Jimenz, 3701 W. Agatite Avenue, Chicago, IL 60625

PLEASE TAKE NOTICE that David P. Leibowitz, the chapter 7 trustee of the bankruptcy estate of Silvana Segura-Jimenez, hereby withdraws his **Notice of Trustee's Final Report and Application for Compensation (Docket No. 39)**. We hereby seek to cancel the hearing date set for November 26, 2014 at 10:00 a.m. Notice having been served on the above on November 12, 2014. Those designated by an * were served via electronic notice.

Dated: November 12, 2014.                    Respectfully Submitted,

                                             By: /s/ David P. Leibowitz
                                             Not individually but as the chapter 7 trustee
                                             of the debtor's bankruptcy estate

David P. Leibowitz (ARDC # 1612271)
Lakelaw
420 W. Clayton Street
Waukegan, Illinois 60085-4216
847.249.9100