**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 13-18936 |
| | § | |
| SILVANA SEGURA-JIMENEZ | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $12.00 | Assets Exempt: | $3,000.00 |
| Total Distributions to Claimants: | $2,240.37 | Claims Discharged Without Payment: | $0.00 |
| Total Expenses of Administration: | $4,259.63 | | |

3) Total gross receipts of $6,500.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $6,500.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $4,259.63 | $4,259.63 | $4,259.63 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $25,949.77 | $11,315.02 | $11,315.02 | $2,240.37 |
| **Total Disbursements** | $25,949.77 | $15,574.65 | $15,574.65 | $6,500.00 |

4). This case was originally filed under chapter 7 on 05/03/2013. The case was pending for 26 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/13/2015     By:    /s/ David P. Leibowitz
                                                Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Est. Potenital recovery of pre-petition transfers - Leibowitz V. Segura | 1241-000 | $6,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$6,500.00** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**
NONE

**EXHIBIT 3 – SECURED CLAIMS**
NONE

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $1,400.00 | $1,400.00 | $1,400.00 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $5.98 | $5.98 | $5.98 |
| Green Bank | 2600-000 | NA | $47.31 | $47.31 | $47.31 |
| Office of the Clerk United States Bankruptcy Court | 2700-000 | NA | $293.00 | $293.00 | $293.00 |
| Lakelaw, Attorney for Trustee | 3110-000 | NA | $2,500.00 | $2,500.00 | $2,500.00 |
| Lakelaw, Attorney for Trustee | 3120-000 | NA | $13.34 | $13.34 | $13.34 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $4,259.63 | $4,259.63 | $4,259.63 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**
NONE

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | American | 7100-900 | $606.00 | $606.97 | $606.97 | $120.17 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| | InfoSource LP as agent for | | | | | |
| 2 | Capital One Bank (USA), N.A. | 7100-900 | $2,184.00 | $2,421.57 | $2,421.57 | $479.47 |
| 3 | Capital One Bank (USA), N.A. | 7100-900 | $545.00 | $545.08 | $545.08 | $107.93 |
| 4 | eCAST Settlement Corporation, assignee | 7100-900 | $689.00 | $689.19 | $689.19 | $136.46 |
| 5 | eCAST Settlement Corporation, assignee | 7100-900 | $4,277.00 | $4,277.02 | $4,277.02 | $846.85 |
| 6 | Portfolio Recovery Associates, LLC | 7100-900 | $904.21 | $898.55 | $898.55 | $177.91 |
| 7 | Portfolio Recovery Associates, LLC | 7100-900 | $1,629.00 | $1,629.44 | $1,629.44 | $322.63 |
| 8 | JH Portfolio Debt Equities LLC | 7100-900 | $247.00 | $247.20 | $247.20 | $48.95 |
| | Continental Furn | 7100-000 | $1,785.00 | $0.00 | $0.00 | $0.00 |
| | Enhanced Recovery Company | 7100-000 | $343.94 | $0.00 | $0.00 | $0.00 |
| | Enhanced Recovery Corp | 7100-000 | $344.00 | $0.00 | $0.00 | $0.00 |
| | Freedman Anselmo Lindberg | 7100-000 | $898.55 | $0.00 | $0.00 | $0.00 |
| | Lois S. Freedman, Attorney | 7100-000 | $2,184.57 | $0.00 | $0.00 | $0.00 |
| | MRS | 7100-000 | $4,277.02 | $0.00 | $0.00 | $0.00 |
| | Porfolio Recovery | 7100-000 | $1,629.44 | $0.00 | $0.00 | $0.00 |
| | Portfolio Recovery | 7100-000 | $930.00 | $0.00 | $0.00 | $0.00 |
| | Sam Club | 7100-000 | $820.09 | $0.00 | $0.00 | $0.00 |
| | Sears Credit Card | 7100-000 | $1,655.95 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $25,949.77 | $11,315.02 | $11,315.02 | $2,240.37 |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 1
Exhibit 8

| Case No.: | 13-18936-ERW | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | SEGURA-JIMENEZ, SILVANA | Date Filed (f) or Converted (c): | 05/03/2013 (f) |
| For the Period Ending: | 7/13/2015 | §341(a) Meeting Date: | 06/25/2013 |
| | | Claims Bar Date: | 10/21/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| Ref. # | | | | | |
| 1  Chase - Checking Account | $0.00 | $0.00 | | $0.00 | FA |
| 2  Misc. Household furniture | $500.00 | $0.00 | | $0.00 | FA |
| 3  Used clothing | $100.00 | $0.00 | | $0.00 | FA |
| 4  2007 Suzuki Forenza | $2,412.00 | $12.00 | | $0.00 | FA |
| 5  Est. Potenital recovery of pre-petition transfers - Leibowitz V. Segura  (u) | $6,490.00 | $6,490.00 | | $6,500.00 | FA |

**TOTALS (Excluding unknown value)**                                                                                                      **Gross Value of Remaining Assets**

$9,502.00            $6,502.00                        $6,500.00            $0.00

**Major Activities affecting case closing:**

| 06/30/2015 | TDR to be prepared |
| 10/07/2014 | Prepare TFR and FEE Applications for Review |
| 03/19/2014 | collecting on settlement. |
| 10/24/2013 | Will begin preparation of objection to exemptions on 10/28/2013 |
| 10/17/2013 | DA amended schedule B and C - Must object |
| 09/01/2013 | JTB to file motion for judgment |
| 07/17/2013 | Complaint to bar discharge filed - status hearing 8/7/13 |
| 06/25/2013 | Debtor received $10k and paid back family members as soon as she received the refund sometime in February.

Need to know name address and address to who payments were made.  $6500 was made to family members and debtor purchased furniture.  Need dates and cancelled checks for brother and other family members and continental furniture.

Continued to 7-18 @ 4

David wants to file a complaint to bar discharge asap - work with Linda on case to get it filed promptly. |

**Initial Projected Date Of Final Report (TFR):**   09/30/2014                              /s/ DAVID LEIBOWITZ
**Current Projected Date Of Final Report (TFR):**   11/04/2014                              DAVID LEIBOWITZ

Case 13-18936   Doc 47   Filed 07/17/15   Entered 07/17/15 15:02:37   Desc Main
Document   Page 6 of 8

FORM 2

CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 1

Exhibit 9

| Case No. | 13-18936-ERW | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | SEGURA-JIMENEZ, SILVANA | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***3595 | Checking Acct #: | ******3601 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 5/3/2013 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 7/13/2015 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/10/2014 | (5) | Silvana Segura-Jimenez | Settlement payment | 1241-000 | $1,000.00 | | $1,000.00 |
| 02/28/2014 | (5) | Silvana Segvra Jimenez | Payment regarding preference | 1241-000 | $300.00 | | $1,300.00 |
| 02/28/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $0.98 | $1,299.02 |
| 03/19/2014 | (5) | Silvana Segura Jimenez | Payment for settlement. | 1241-000 | $1,200.00 | | $2,499.02 |
| 03/19/2014 | (5) | Silvana Segura Jimenez | Payment for settlement. | 1241-000 | $4,000.00 | | $6,499.02 |
| 03/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $5.20 | $6,493.82 |
| 04/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $10.14 | $6,483.68 |
| 05/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $10.80 | $6,472.88 |
| 06/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $9.77 | $6,463.11 |
| 07/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $10.42 | $6,452.69 |
| 12/08/2014 | 3001 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $1,400.00 | $5,052.69 |
| 12/08/2014 | 3002 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $5.98 | $5,046.71 |
| 12/08/2014 | 3003 | Office of the Clerk United States Bankruptcy Court | Claim #: ; Amount Claimed: 293.00; Amount Allowed: 293.00; Distribution Dividend: 100.00; | 2700-000 | | $293.00 | $4,753.71 |
| 12/08/2014 | 3004 | Lakelaw | Claim #: ; Amount Claimed: 2,500.00; Amount Allowed: 2,500.00; Distribution Dividend: 100.00; | 3110-000 | | $2,500.00 | $2,253.71 |
| 12/08/2014 | 3005 | Lakelaw | Claim #: ; Amount Claimed: 13.34; Amount Allowed: 13.34; Distribution Dividend: 100.00; | 3120-000 | | $13.34 | $2,240.37 |
| 12/08/2014 | 3006 | American InfoSource LP as agent for | Claim #: 1; Amount Claimed: 606.97; Amount Allowed: 606.97; Distribution Dividend: 19.80; | 7100-900 | | $120.17 | $2,120.20 |
| 12/08/2014 | 3007 | Capital One Bank (USA), N.A. | Claim #: 2; Amount Claimed: 2,421.57; Amount Allowed: 2,421.57; Distribution Dividend: 19.80; | 7100-900 | | $479.47 | $1,640.73 |
| 12/08/2014 | 3008 | Capital One Bank (USA), N.A. | Claim #: 3; Amount Claimed: 545.08; Amount Allowed: 545.08; Distribution Dividend: 19.80; | 7100-900 | | $107.93 | $1,532.80 |
| 12/08/2014 | 3009 | eCAST Settlement Corporation, assignee | Claim #: 4; Amount Claimed: 689.19; Amount Allowed: 689.19; Distribution Dividend: 19.80; | 7100-900 | | $136.46 | $1,396.34 |
| 12/08/2014 | 3010 | eCAST Settlement Corporation, assignee | Claim #: 5; Amount Claimed: 4,277.02; Amount Allowed: 4,277.02; Distribution Dividend: 19.80; | 7100-900 | | $846.85 | $549.49 |
| 12/08/2014 | 3011 | Portfolio Recovery Associates, LLC | Claim #: 6; Amount Claimed: 898.55; Amount Allowed: 898.55; Distribution Dividend: 19.80; | 7100-900 | | $177.91 | $371.58 |
| 12/08/2014 | 3012 | Portfolio Recovery Associates, LLC | Claim #: 7; Amount Claimed: 1,629.44; Amount Allowed: 1,629.44; Distribution Dividend: 19.80; | 7100-900 | | $322.63 | $48.95 |
| 12/08/2014 | 3013 | JH Portfolio Debt Equities LLC | Claim #: 8; Amount Claimed: 247.20; Amount Allowed: 247.20; Distribution Dividend: 19.80; | 7100-900 | | $48.95 | $0.00 |
| | | | **SUBTOTALS** | | $6,500.00 | $6,500.00 | |

**FORM 2**
**Page No:** 2
Case 13-18936 Doc 47 Filed 07/17/15 Entered 07/17/15 15:02:37 Desc Main
Exhibit 9
**CASH RECEIPTS AND DISBURSEMENTS RECORD**
Document Page 7 of 8

| **Case No.** | 13-18936-ERW | | **Trustee Name:** | David Leibowitz |
|---|---|---|---|---|
| **Case Name:** | SEGURA-JIMENEZ, SILVANA | | **Bank Name:** | Green Bank |
| **Primary Taxpayer ID #:** | **-***3595 | | **Checking Acct #:** | ******3601 |
| **Co-Debtor Taxpayer ID #:** | | | **Account Title:** | |
| **For Period Beginning:** | 5/3/2013 | | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 7/13/2015 | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| | | | **TOTALS:** | | $6,500.00 | $6,500.00 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $6,500.00 | $6,500.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $6,500.00 | $6,500.00 | |

| **For the period of 5/3/2013 to 7/13/2015** | | **For the entire history of the account between 02/10/2014 to 7/13/2015** | |
|---|---|---|---|
| Total Compensable Receipts: | $6,500.00 | Total Compensable Receipts: | $6,500.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $6,500.00 | Total Comp/Non Comp Receipts: | $6,500.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $6,500.00 | Total Compensable Disbursements: | $6,500.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $6,500.00 | Total Comp/Non Comp Disbursements: | $6,500.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 13-18936-ERW | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | SEGURA-JIMENEZ, SILVANA | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***3595 | Checking Acct #: | ******3601 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 5/3/2013 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 7/13/2015 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $6,500.00 | $6,500.00 | $0.00 |

**For the period of 5/3/2013 to 7/13/2015**

| | |
|---|---|
| Total Compensable Receipts: | $6,500.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $6,500.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $6,500.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $6,500.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 05/03/2013 to 7/13/2015**

| | |
|---|---|
| Total Compensable Receipts: | $6,500.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $6,500.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $6,500.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $6,500.00 |
| Total Internal/Transfer Disbursements: | $0.00 |